IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | Case No. 1:14-cv-802-SSB-SKB |
| Plaintiff | : | Judge:  Sandra S. Beckwith |
| | : | Magistrate:  Stephanie K. Bowman |
| vs. | : | |
| **FIFTH THIRD BANCORP** | : | |
| Defendant | : | |
| | : | |
| **FIFTH THIRD BANCORP, an Ohio Corporation, and FIFTH THIRD BANK, an Ohio Banking Corporation** | : | Case No. 1:14-cv-869-SSB-SKB |
| Plaintiff | : | |
| vs. | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.** | : | |
| Defendants | : | |

**RLI INSURANCE COMPANY'S DISCLOSURE OF FACT WITNESSES**

Pursuant to Federal Rules of Civil Procedure, the Local Rules of the United States District Court of the Southern District of Ohio, Section C.8 of the Discovery Plan/Rule 26(f) Report, and the Court's Calendar Order (Dkt. 31), Plaintiff RLI Insurance Company ("RLI") hereby submits its Preliminary Fact Witness List.

RLI reserves the right to supplement its disclosure as discovery progresses and based on any witness identified by any other party in its disclosure.

1

I.  **CURRENT AND FORMER EMPLOYEES/REPRESENTATIVES OF FIFTH THIRD BANCORP**

Current and former employees of Fifth Third Bankcorp/Fifth Third Bank, including but not limited to:

1. Matthew Ross, former Vice President

2. Clayton Bruce, Assistant Vice President, Structured Finance Group

3. Mike Spitler, Senior Vice President, Structured Finance Group

4. Neil Prendergast, Senior Vice President

5. Andy Hauck, Senior Vice President

6. Steven Capouch, Senior Vice President

7. Brett Mook, Vice President, Structured Finance Group

8. Alan Carlyle, Vice President, ESOP Finance Group

9. Andrew Jones, Vice President, Asset Securitization

10. Charissa Toole, Securitization, Account Coordinator

11. Bob Finely, Managing Director, Asset Securitization Group

12. Amy Schuster, Credit Analyst to Finance Manager

13. Bruce Lee, Executive Vice President

14. Graeme Jack, Senior Vice President, Special Assets Group

15. Marc Brandt, Assistant Vice President, Legal

16. Jim Hubbard, Senior Vice President, Chief Legal Officer

17. Susan Clayton, Assistant Vice President, Corporate Investigations

18. Darrin Steinmann, Vice President and Corporate Director of Investigations, Bank Protection Department

## II. EMPLOYEES/REPRESENTATIVES OF CONCORD CAPITAL MANAGEMENT, LLC, COLUMBUS NOVA INVESTMENTS AND RELATED ENTITIES

Current and former employees of Concord[1], Columbus Nova, and related entities, including, but not limited to:

19. Harish Raghavan, Former CEO of Concord

20. Mark Leiman, Former CFO of Concord

21. Jason Epstein, Partner of Columbus Nova

22. Gregory Prata, Officer of Renova

23. Eric Kosta, Special Counsel of Renova

24. Bob Thompson

25. Michael Sloan, Partner of Columbus Nova

26. Ira Brody, Former COO/CFO of Concord

27. Rene Stuifzand, Former President of Concord

28. Carin Zaleski, Director of Government Relations of Concord

29. Stacy Nussbaum, Former Director of Concord

30. Andrew Intrater, CEO of Renova Management

31. Victor Vekselberg, Renova Management

## III. INDIVIDUAL INSUREDS UNDER THE ULTRA PROGRAM

32. Sam Moore

33. Peggy Moore

34. Wayne Booth

---

[1] The term "Concord" shall mean and refer to Concord Capital Management, LLC and any or all of its respective subsidiaries, affiliates, predecessors (including InsCap Management, LLC), and successors. The term "InsCap" shall mean and refer to InsCap Management, LLC, and any or all of its respective subsidiaries, affiliates, predecessors and successors.

35. Millard Oakley

36. Charles Jones

37. Carl Osborn

38. Cary Hobbs

39. Barbara Hand

40. Tommy Hord

41. Frederic Culbreath

IV. **INSURANCE PARTIES INVOLVED IN THE ULTRA/LIPF II PROGRAM**

42. Anthony Mazzei

43. Chase Ledbetter

44. Marshall Gramm

45. Andrew Costa

46. Adam Altholtz

47. Joe Cvetanowski

48. Employees of Highland Capital

49. Henry J. "Bud" Smith

50. Duke Westover

51. Jason Cavalier

V. **EMPLOYEES OF RLI**

52. Nathalie Hiemstra, Assistant Vice President

53. Joe Prystupa, Underwriter

VI. **OTHER WITNESSES**

54. Robert Donaldson (Bank of America, N.A., successor in interest to LaSalle Bank, N.A.)

55. Robert Bockrath (Bank of America, N.A., successor in interest to LaSalle Bank, N.A.)

56. Gary Brecka (Life Asset Group)

57. Dennis Bartos (Agency One Marketing Insurance Group, Inc.)

58. Rita Hill (Legacy Life, LLC)

59. Current and former employees of Gary Brecka Legacy Life, LLC

60. Tony Blankenship (Q Capital)

61. Jieru Zheng

62. Employees of Bragg & Associates, Inc.

63. Employees of Maple Life Financial, LLC

64. Employees of Q Capital Strategies, including but not limited to Tony Blankenship

65. Employees of Marsh, including but not limited to Steve Toscano

66. Brian Dorr, Dorr Asset Management

67. David Dorr, Dorr Asset Management

68. Current and former employees of Dorr Asset Management

69. Any individuals identified by Fifth Third Bank or the other insurers in their Preliminary Witness Lists.

RLI reserves the right to supplement this Preliminary Witness List.

RESPECTFULLY SUBMITTED,

/S/ Scott L. Schmookler
**Scott L. Schmookler (Pro Hac Vice)**
**Regina L. Ripley (Pro Hac Vice)**
**Ji-Yeon Suh (Pro Hac Vice)**
GORDON & REES LLP

        One North Franklin, Suite 800  
        Chicago, IL 60606  
        Phone: (312) 565-1400  
        Emails: sschmookler@gordonrees.com  
                rripley@gordonrees.com  
                jsuh@gordonrees.com  

*Attorneys for RLI Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, I served the foregoing via the Court's electronic filing system and via email to:

***Attorneys for Fifth Third Bancorp***

Mark J. Byrne (mbyrne@jksmlaw.com)
Kenneth F. Seibel (kseibel@jksmlaw.com)
JACOBS, KLEINMAN, SEIBEL & MCNALLY
30 Garfield Place, Suite 905
Cincinnati, OH  45202

Charles E. Turnbull (cturnbull@orlaw.com)
Lawrence M. Scott (lscott@orlaw.com)
Marc D. Kaszubski (mkaszubski@orlaw.com)
O'REILLY RANCILIO, P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313


***Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company***

David P. Kamp (dkamp@wgmlpa.com)
Brian D. Goldwasser (bgoldwasser@wgmlpa.com)
Jean Geoppinger McCoy (jmccoy@wgmlpa.com)
WHITE, GETGEY & MEYER CO., LPA
Fourth and Vine Tower
One W. Fourth Street, Suite 1700
Cincinnati, OH  45202

John W. Blancett (john.blancett@sedgwicklaw.com)
Christopher J. Losquadro (Christopher.Losquadro@sedgwicklaw.com)
Christopher C.  Novak (Christopher.Novak@sedgwicklaw.com)
SEDGEWICK LLP
225 Liberty Street, 28th Floor
New York, NY  10281-1008

***Attorneys for  Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury Insurance Company***

Luke J. Busam (lbusam@fbtlaw.com)
FROST BROWN TODD, LLC
3300 Great American Tower
301 E. Fourth Street

Cincinnati, OH  45202
Julia Blackwell Gelinas (jgelinas@fbtlaw.com)
Bryan S. Strawbridge (bstrawbridge@fbtlaw.com)
FROST BROWN TODD, LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961

/S/ Scott L. Schmookler
**SCOTT L. SCHMOOKLER (Pro Hac Vice)**
*Attorney for RLI Insurance Company*