# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

RLI INSURANCE COMPANY,

        Plaintiff,                                Case No. 1:14-cv-00802
                                                     (Related to 1:14-cv-00869)

        vs.

FIFTH THIRD BANCORP,                Beckwith, J.; Bowman, M.J.

        Defendant.

## NOTICE

        Please take notice that the above captioned case has been set for a **telephone conference** before the Honorable Stephanie K. Bowman as follows:

## December 8, 2015 at 2:30 p.m.

| | |
|---|---|
| **Telephone conference number:** | **1-888-363-4749** |
| **Access code:** | **8651321** |
| **Participant security code:** | **2010** |

        Counsel may submit to the Court a brief summary of the discovery issue (no more than 2 pages) and email it to bowman_chambers@ohsd.uscourts.gov and copy opposing counsel **no later than 5:00 p.m. the day prior to the conference**.  This discovery conference is being scheduled in lieu of filing a motion to compel per the Court's preferences.  Be prepared to argue the issue and for the possibility of an order to follow.  Only if the Court desires additional information will a motion to compel and subsequent briefing be permitted.

                                             s/Kevin Moser
                                            Courtroom Deputy