UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RLI INSURANCE COMPANY,
    Plaintiff,

vs.

FIFTH THIRD BANCORP,
    Defendant.

Case No. 1:14-cv-00802
(Related to 1:14-cv-00869)

Beckwith, J.; Bowman, M.J.

### NOTICE

Please take notice that the above captioned case has been set for a **telephone conference** before the Honorable Stephanie K. Bowman as follows:

**April 5, 2016 at 9:00 a.m.**

| | |
|---|---|
| **Telephone conference number:** | 1-888-363-4749 |
| **Access code:** | 8651321 |
| **Participant security code:** | 2010 |

Counsel may submit to the Court a brief summary of the discovery issue (no more than 2 pages) and email it to bowman_chambers@ohsd.uscourts.gov and copy opposing counsel **no later than 4:00 p.m. on April 4, 2016**.  This discovery conference is being scheduled in lieu of filing a motion to compel per the Court's preferences.  Be prepared to argue the issue and for the possibility of an order to follow.  Only if the Court desires additional information will a motion to compel and subsequent briefing be permitted.

                                                                                      s/Kevin Moser
                                                                                      Courtroom Deputy