UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **RLI INSURANCE COMPANY** | Civil Action No. 1:14-cv-802 |
| Plaintiff | Judge: Sandra S. Beckwith |
| vs. | Magistrate: Stephanie K. Bowman |
| **FIFTH THIRD BANCORP** | |
| Defendant | |
| **FIFTH THIRD BANCORP, an Ohio Corporation, and FIFTH THIRD BANK, an Ohio Banking Corporation** | Civil Action No. 1:14cv869 |
| Plaintiff | |
| vs. | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.** | |
| Defendants | |

___

**FIFTH THIRD'S MOTION FOR ADDITIONAL TIME TO RESPOND
TO RLI INSURANCE COMPANY'S JOINDER IN CERTAIN UNDERWRITERS'
MOTION FOR PROTECTIVE ORDER AND IN THE ALTERNATIVE TO STAY AND
BIFURCATE PLAINTIFFS' "BAD FAITH CLAIM"**
___

Now comes Fifth Third and hereby requests an additional one day in which to file its memorandum opposing RLI's motion for a protective order and/or in the alternative to stay and bifurcate.  This motion is unopposed by RLI.

RESPECTFULLY SUBMITTED,


<u>/S/  Mark J. Byrne</u>
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202
Phone:   (513) 381-6600
Fax:       (513) 381-4150
Email:    mbyrne@jksmlaw.com
              kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*


<u>/S/  Charles E. Turnbull</u>
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone:          (586) 726-1000
Fax:   (586) 726-1560
Email: cturnbull@orlaw.com
            lscott@orlaw.com
            mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*


**<u>MEMORANDUM</u>**

Fifth Third's Memorandum opposing RLI's motion is due April 11, 2016.  On Friday, April 8, 2016, counsel for Fifth Third was required to attend to an unexpected health matter for his daughter at a local hospital.  Counsel requests until Tuesday, April

12, 2016 in which to file a response.  This request is not for purposes of delay.  As previously indicated, RLI does not oppose this one day extension.

                                      RESPECTFULLY SUBMITTED,

                                      /S/  Mark J. Byrne
                                      **MARK J. BYRNE (0029243)**
                                      **KENNETH F. SEIBEL (0025168)**
                                      JACOBS, KLEINMAN, SEIBEL & McNALLY
                                      Cincinnati Club Building
                                      30 Garfield Place
                                      Cincinnati, OH  45202
                                      Phone:   (513) 381-6600
                                      Fax:       (513) 381-4150
                                      Email:   mbyrne@jksmlaw.com
                                                      kseibel@jksmlaw.com
                                      *Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

                                      /S/  Charles E. Turnbull
                                      **CHARLES E. TURNBULL** (Pro Hac Vice)
                                      **LAWRENCE M. SCOTT** (Pro Hac Vice)
                                      **MARC D. KASZUBSKI** (Pro Hac Vice)
                                      O'REILLY RANCILIO P.C.
                                      12900 Hall Road, Suite 350
                                      Sterling Heights, MI  48313
                                      Phone:         (586) 726-1000
                                      Fax:   (586) 726-1560
                                      Email: cturnbull@orlaw.com
                                                    lscott@orlaw.com
                                                    mkaszubski@orlaw.com
                                      *Co- Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

*Attorneys for Plaintiff RLI Insurance Company:*

>Robert W. Hojnoski, Esquire
>Carrie M. Starts, Esquire
>Nathan A. Lennon, Esquire
>Reminger Co., LPA
>525 Vine Street, Suite 1700
>Cincinnati, OH  45202
>Email: rhojnoski@reminger.com
>           cstarts@reminger.com
>           nlennon@reminger.com

>Scott L. Schmookler, Esquire
>Regina A. Ripley, Esquire
>Ji-Yeon Suh, Esquire
>Gordon & Rees, LLP
>One North Franklin, Suite 8800
>Chicago, IL  60606
>Email: sschmookler@gordonrees.com
>           rripley@gordonrees.com
>           jsuh@gordonrees.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company:*

>David P. Kamp, Esquire
>Brian D. Goldwasser, Esquire
>Jean Geoppinger McCoy, Esquire
>White, Getgey & Meyer Co. LPA
>Fourth and Vine Tower
>One West Fourth Street, Suite 1700
>Cincinnati, OH 45202
>Email: dkamp@wgmlpa.com
>           bgoldwasser@wgmlpa.com
>           jmccoy@wgmlpa.com


>John W. Blancett, Esquire
>Christopher J. Losquadro, Esquire
>Christopher C. Novak, Esquire
>Sedgwick LLP
>Brookfield Place
>225 Liberty Street, 28th Floor

    New York, NY  10281-1008
    Email: John.blancett@sedgwicklaw.com
          Christopher.Losquadro@sedgwicklaw.com
          Christopher.Novak@sedgwicklaw.com

*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury Insurance Company:*

    Luke J. Busam, Esquire
    Frost Brown Todd LLC
    3300 Great American Tower
    301 E. Fourth Street
    Cincinnati, OH  45202
    Email: lbusam@fbtlaw.com

    Julia Blackwell Gelinas, Esquire
    Bryan S. Strawbridge, Esquire
    Frost Brown Todd, LLC
    201 N. Illinois Street, Suite 1900
    P.O. Box 44961
    Indianapolis, IN  46244-0961
    Email: jgelinas@fbtlaw.com
          bstrawbridge@fbtlaw.com

                /S/  Mark J. Byrne
                **MARK J. BYRNE (0029243)**
                *Trial Counsel for Defendant Fifth Third Bancorp*
                *and Plaintiff Fifth Third Bancorp and*
                *Third Bank*