IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | Civil Action No. 1:14cv802 |
| Plaintiff, | : | Judge:  Sandra S. Beckwith |
| | : | Magistrate:  Stephanie K. Bowman |
| Vs. | : | |
| **FIFTH THIRD BANCORP** | : | |
| Defendant. | : | |
| **FIFTH THIRD BANCORP, ET al.,** | : | Case No. 1:14-cv-00869 |
| Plaintiff, | : | Judge:  Sandra S. Beckwith |
| | : | Magistrate:  Stephanie K. Bowman |
| Vs. | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, ET AL.,** | : | |
| Defendants. | : | |

**RLI'S UNOPPOSED MOTION TO EXTEND THE TIME TO FILE ITS REPLY IN ITS JOINDER IN SUPPORT OF CERTAIN UNDERWRITERS' MOTION FOR PROTECTIVE ORDER AND IN THE ALTERNATIVE TO STAY AND BIFURCATE PLAINTFFS' "BAD FAITH CLAIM"**

RLI Insurance Company ("RLI") hereby moves to extend the time within which to file its Reply in Support of its Joinder in Support of Certain Underwriters' Motion for Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" to May 17, 2016, and in support thereof, states as follows:

1. RLI's Reply in Support of its Joinder is due on April 28, 2016. It asks to move the deadline to May 17, 2016.

2. RLI is preparing its Reply but has also had to focus its efforts on the rigorous schedule of depositions currently in place. Since Fifth Third filed its Response in Opposition to

1

RLI's Joinder on April 12, 2016, there will have been five depositions taken by April 28. RLI has been working diligently to advance discovery through depositions in the case.

3. RLI has spoken with Fifth Third, who does not oppose RLI's request for additional time up to May 17, 2016. No party will be prejudiced by the extension.

WHEREFORE, RLI respectfully asks the Court to extend the time within which to file its Reply in Support of its Joinder in Support of Certain Underwriters' Motion for Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" to May 17, 2016 and for any other relief the Court deems necessary and appropriate.

Dated: April 22, 2016

RESPECTFULLY SUBMITTED,

/s/ Scott Schmookler
**Scott L. Schmookler (Pro Hac Vice)**
**Regina A. Ripley (Pro Hac Vice)**
**Ji-Yeon Suh (Pro Hac Vice)**
GORDON & REES LLP
One North Franklin, Suite 800
Chicago, IL 60606
Phone: (312) 565-1400
Emails: sschmookler@gordonrees.com
       rripley@gordonrees.com
       jsuh@gordonrees.com

/s/ Robert W. J Hojnoski
**Robert W. Hojnoski (0070062**)
REMINGER CO., L.P.A.
525 Vine St., Suite 1700
Cincinnati, OH 45202
Phone: (513) 721-1311
Email: rhojnoski@reminger.com

*Attorneys for RLI Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, a copy of the foregoing motion was filed electronically. Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system:

Mark J. Byrne
Kenneth F. Seibel
JACOBS, KLEINMAN, SEIBEL & MCNALLY
30 Garfield Place
Cincinnati, OH 45202
Email:  mbyrne@jksmlaw.com
            kseibel@jksmlaw.com

Charles E. Turnbull
Lawrence M. Scott
Marc D. Kaszubski
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
Email:  cturnbull@orlaw.com
            lscott@orlaw.com
            mkaszubski@orlaw.com

*Attorneys for Fifth Third Bancorp*

Luke Busam
Bryan S. Strawbridge, Esquire
Julia Blackwell Gelinas, Esquire
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202
Emails:  jgelinas@fbtlaw.com
              bstrawbridge@fbtlaw.com
              lbusam@fbtlaw.com

*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company*

David P. Kamp, Esquire
Brian D. Goldwasser, Esquire

3

Jean Geoppinger McCoy, Equire
White, Getgey & Meyer Co. LPA
Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Emails:  dkamp@wgmlpa.com
    bgoldwasser@wgmlpa.com
    jmccoy@wgmlpa.com

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Christopher C. Novak, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Emails:  john.blancett@sedgwicklaw.com
    christopher.losquadro@sedgwicklaw.com
    christopher.novak@sedgwicklaw.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company*

/s/ Ji Suh
**Ji Suh**

*One of the Attorneys for RLI Insurance Company*

1075627/27694142v.1