# IN UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| RLI INSURANCE COMPANY | : | Civil Action No. 1:14cv802 |
| | : | |
| Plaintiff, | : | Judge: Sandra S. Beckwith |
| | : | Magistrate: Stephanie K. Bowman |
| Vs. | : | |
| | : | |
| FIFTH THIRD BANCORP | : | |
| | : | |
| Defendant. | : | |
| | : | |
| FIFTH THIRD BANCORP, ET al., | : | Case No. 1:14-cv-00869 |
| | : | |
| Plaintiff, | : | Judge: Sandra S. Beckwith |
| | : | Magistrate: Stephanie K. Bowman |
| Vs. | : | |
| | : | |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, ET AL., | : | |
| | : | |
| Defendants. | : | |

**RLI'S THIRD MOTION TO EXTEND THE TIME TO FILE ITS REPLY IN ITS JOINDER IN SUPPORT OF CERTAIN UNDERWRITERS' MOTION FOR PROTECTIVE ORDER AND IN THE ALTERNATIVE TO STAY AND BIFURCATE PLAINTIFFS' "BAD FAITH CLAIM"**

RLI Insurance Company ("RLI") hereby moves to extend the time within which to file its Reply in Support of its Joinder in Support of Certain Underwriters' Motion for Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" to June 21, 2016, and in support thereof, states as follows:

1. RLI's Reply in Support of its Joinder is due on May 31, 2016. It asks to move the deadline to June 21, 2016.

1

2. This is RLI's third motion for an extension. The Court granted RLI's first and second unopposed motions for an extension per its Notation Orders on April 22 and May 11, 2016 respectively.

3. RLI has been diligently preparing its Reply in the midst of the rigorous deposition schedule currently in place. However, on May 26, 2016, Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710, B0509QA051310, and 81906760, AXIS Insurance Company, and Federal Insurance Company (collectively, "Underwriters") informed RLI that they will seek an extension through June 21 to file their Reply in Support of their Motion for Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' Bad Faith Claim (Dkt. 53, No. 14-869).

4. RLI thus asks the Court for additional time up to June 21 so that it may coordinate and confer with Underwriters as to their respective positions on Underwriters' motion.

5. On May 26 and 27, 2016, RLI asked counsel for Fifth Third if Fifth Third was amenable to the extension. RLI did not receive a response at the time of filing. No party will be prejudiced by the extension.

WHEREFORE, RLI respectfully asks the Court to extend the time within which to file its Reply in Support of its Joinder in Support of Certain Underwriters' Motion for Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" to June 21, 2016 and for any other relief the Court deems necessary and appropriate.

Dated: May 27, 2016

RESPECTFULLY SUBMITTED,

/s/ Scott Schmookler
**Scott L. Schmookler (Pro Hac Vice)**
**Regina A. Ripley (Pro Hac Vice)**
**Ji-Yeon Suh (Pro Hac Vice)**
GORDON & REES LLP
One North Franklin, Suite 800
Chicago, IL 60606
Phone: (312) 565-1400
Emails: sschmookler@gordonrees.com
rripley@gordonrees.com
jsuh@gordonrees.com

/s/ Robert W. J Hojnoski
**Robert W. Hojnoski (0070062**)
REMINGER CO., L.P.A.
525 Vine St., Suite 1700
Cincinnati, OH 45202
Phone: (513) 721-1311
Email: rhojnoski@reminger.com

*Attorneys for RLI Insurance Company*

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, a copy of the foregoing motion was filed electronically. Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system:

>Mark J. Byrne
>Kenneth F. Seibel
>JACOBS, KLEINMAN, SEIBEL & MCNALLY
>30 Garfield Place
>Cincinnati, OH 45202
>Email:  mbyrne@jksmlaw.com
>            kseibel@jksmlaw.com

>Charles E. Turnbull
>Lawrence M. Scott
>Marc D. Kaszubski
>O'REILLY RANCILIO P.C.
>12900 Hall Road, Suite 350
>Sterling Heights, MI 48313
>Email:  cturnbull@orlaw.com
>            lscott@orlaw.com
>            mkaszubski@orlaw.com

>*Attorneys for Fifth Third Bancorp*

>Luke Busam
>Bryan S. Strawbridge, Esquire
>Julia Blackwell Gelinas, Esquire
>Frost Brown Todd LLC
>3300 Great American Tower
>301 E. Fourth Street
>Cincinnati, OH 45202
>Emails:  jgelinas@fbtlaw.com
>             bstrawbridge@fbtlaw.com
>             lbusam@fbtlaw.com

>*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company*

>David P. Kamp, Esquire
>Brian D. Goldwasser, Esquire
>Jean Geoppinger McCoy, Equire
>White, Getgey & Meyer Co. LPA

Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Emails:  dkamp@wgmlpa.com
  bgoldwasser@wgmlpa.com
  jmccoy@wgmlpa.com

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Christopher C. Novak, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Emails:  john.blancett@sedgwicklaw.com
  christopher.losquadro@sedgwicklaw.com
  christopher.novak@sedgwicklaw.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company*

/s/ Ji Suh
**Ji Suh**

*One of the Attorneys for RLI Insurance Company*

1075627/28187507v.1