IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | Civil Action No. 1:14cv802 |
| | : | |
| Plaintiff, | : | Judge: Sandra S. Beckwith |
| | : | Magistrate: Stephanie K. Bowman |
| Vs. | : | |
| | : | |
| **FIFTH THIRD BANCORP** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| **FIFTH THIRD BANCORP, et al.,** | : | Case No. 1:14-cv-00869 |
| | : | |
| Plaintiff, | : | Judge: Sandra S. Beckwith |
| | : | Magistrate: Stephanie K. Bowman |
| Vs. | : | |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, ET AL.,** | : : : : | |
| | : | |
| Defendants. | : | |

**SECOND AGREED MOTION TO EXTEND DEADLINES TO DISCLOSE EXPERTS AND PRODUCE INITIAL EXPERT REPORTS AS TO PLAINTIFFS RLI AND FIFTH THIRD**

RLI and Fifth Third hereby move to extend their deadlines as Plaintiffs in the captioned consolidated actions (Nos. 14-802 and 14-869) to disclose the identities of their experts and produce initial expert reports from August 29, 2016 to September 2, 2016 and in support thereof, state as follows:

1. Under the current case management schedule, RLI Insurance Company and Fifth Third Bancorp are required as Plaintiffs to disclose the identities of their experts and produce initial expert reports on August 29, 2016.

2. RLI and Fifth Third have been diligently working on expert discovery. However, they require additional time because, by no fault of any party, a production of documents

1

necessary for the experts to review was delayed. While these have been recently produced, RLI's experts need four additional days to finalize their reports.

3. Therefore, RLI requests a joint extension to apply to both Fifth Third and RLI for four days to complete their initial reports, from August 29, 2016 to September 2, 2016.

4. RLI consulted with all counsel, and counsel for Fifth Third Bank, Continental Casualty Company, St. Paul Mercury Insurance Company, and Fidelity and Deposit Insurance Company have agreed to the 4 day extension from August 29, 2016 to September 2, 2016 to complete their initial reports.

5. This request affects only RLI and Fifth Third as Plaintiffs and only the August 29, 2016 deadline for disclosure and initial reports. No other deadlines pertaining to discovery will be affected by this motion. Moving the deadline to September 2, 2016, will preserve the integrity of the remaining expert discovery deadlines for all parties as well as the schedule for dispositive motions.

WHEREFORE, RLI Insurance Company and Fifth Third Bancorp respectfully request the Court to move the deadlines to disclose their experts and produce initial reports from August 29, 2016 to September 2, 2016 and for any other relief the Court deems necessary and appropriate.

Dated: August 22, 2016

                        RESPECTFULLY SUBMITTED,

/s/ Regina A. Ripley
**Scott L. Schmookler (Pro Hac Vice)**
**Regina A. Ripley (Pro Hac Vice)**
**Ji-Yeon Suh (Pro Hac Vice)**
GORDON & REES
SCULLY MANUSKHANI, LLP
One North Franklin, Suite 800

Chicago, IL 60606
Phone: (312) 565-1400
Emails: sschmookler@gordonrees.com
rripley@gordonrees.com
jsuh@gordonrees.com

*Attorneys for RLI Insurance Company*

/s/ Mark J. Byrne
**Mark J. Byrne (0029243)**
**Kenneth F. Seibel (0025168)**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
30 Garfield Place, Suite 905
Cincinnati, OH  45202
Phone: (513) 381-6600
Emails: mbyrne@jksmlaw.com
kseibel@jksmlaw.com

/s/ Charles E. Turnbull
**Charles E. Turnbull (Pro Hac Vice)**
**Lawrence M. Scott (Pro Hac Vice)**
**Marc D. Kaszubski (Pro Hac Vice)**
O'REILLY RANCILIO, P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Emails: cturnbull@orlaw.com
lscott@orlaw.com
mkaszubski@orlaw.com

*Attorneys for Fifth Third Bancorp*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2016, a copy of the foregoing motion was filed electronically. Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system:

        Mark J. Byrne
        Kenneth F. Seibel
        JACOBS, KLEINMAN, SEIBEL & MCNALLY
        30 Garfield Place
        Cincinnati, OH 45202
        Email:  mbyrne@jksmlaw.com
                 kseibel@jksmlaw.com

        Charles E. Turnbull
        Lawrence M. Scott
        Marc D. Kaszubski
        O'REILLY RANCILIO P.C.
        12900 Hall Road, Suite 350
        Sterling Heights, MI 48313
        Email:  cturnbull@orlaw.com
                 lscott@orlaw.com
                 mkaszubski@orlaw.com

        *Attorneys for Fifth Third Bancorp*

        Luke Busam
        Bryan S. Strawbridge, Esquire
        Julia Blackwell Gelinas, Esquire
        Frost Brown Todd LLC
        3300 Great American Tower
        301 E. Fourth Street
        Cincinnati, OH 45202
        Emails:  jgelinas@fbtlaw.com
                  bstrawbridge@fbtlaw.com
                  lbusam@fbtlaw.com

        *Attorneys for Defendant Continental Insurance Company,*
        *Fidelity and Deposit Insurance Company, St. Paul*
        *Mercury: Insurance Company*

        David P. Kamp, Esquire
        Brian D. Goldwasser, Esquire
        Jean Geoppinger McCoy, Equire
        White, Getgey & Meyer Co. LPA

Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Emails:  dkamp@wgmlpa.com
   bgoldwasser@wgmlpa.com
   jmccoy@wgmlpa.com

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Christopher C. Novak, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Emails:  john.blancett@sedgwicklaw.com
   christopher.losquadro@sedgwicklaw.com
   christopher.novak@sedgwicklaw.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company*

/s/ Regina A. Ripley
**Regina A. Ripley**

*One of the Attorneys for RLI Insurance Company*