IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RLI INSURANCE COMPANY | : | Civil Action No. 1:14cv802 |
| Plaintiff, | : | Judge: Sandra S. Beckwith |
| | : | Magistrate: Stephanie K. Bowman |
| Vs. | : | |
| FIFTH THIRD BANCORP | : | |
| Defendant. | : | |
| FIFTH THIRD BANCORP, et al., | : | Case No. 1:14-cv-00869 |
| Plaintiff, | : | Judge: Sandra S. Beckwith |
| | : | Magistrate: Stephanie K. Bowman |
| Vs. | : | |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, ET AL., | : | |
| Defendants. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIFTH THIRD BANCORP'S OBJECTIONS TO MAGISTRATE JUDGE'S MEMORANDUM ORDER OF JULY 27, 2016**

RLI Insurance Company, Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company ("Insurers") hereby move to extend the deadline within which to file their responses to Fifth Third Bancorp ("Fifth Third")'s Objections to Magistrate Judge Bowman's Memorandum Order of July 27, 2016 ("Objections," Dkt. 64 in No. 14-802, Dkt. 72 in No. 14-869) to September 16, 2016 and in support thereof, state as follows:

1. The Insurers' responses to Fifth Third's Objections are due on August 31, 2016.

2. The Insurers have been duly working on their responses. However, they request an additional sixteen (16) days because they have also been managing expert discovery. There

are several deadlines for expert discovery approaching, starting with the expert disclosures and initial reports of Plaintiff RLI due on Friday, September 2, 2016.  Counsel for RLI has also been coordinating expert discovery due in the same timeframe in another case.

3. This is the Insurers' first request for an extension as to this filing. The Insurers have consulted Fifth Third, who does not oppose this motion.

WHEREFORE, RLI Insurance Company, Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company respectfully request the Court to move the deadlines to file their responses to Fifth Third Bancorp's Objections to Magistrate Judge Bowman's Memorandum Order of July 27, 2016 from August 31, 2016 to September 16, 2016 and for any other relief the Court deems necessary and appropriate.

Dated: August 29, 2016

RESPECTFULLY SUBMITTED,

/s/ Scott Schmookler
**Scott L. Schmookler (Pro Hac Vice)**
**Regina A. Ripley (Pro Hac Vice)**
**Ji-Yeon Suh (Pro Hac Vice)**
GORDON & REES LLP
One North Franklin, Suite 800
Chicago, IL 60606
Phone: (312) 565-1400
Emails: sschmookler@gordonrees.com
rripley@gordonrees.com
jsuh@gordonrees.com

*Attorneys for RLI Insurance Company*

David P. Kamp, Esquire
Brian D. Goldwasser, Esquire
Jean Geoppinger McCoy, Equire
White, Getgey & Meyer Co. LPA
Fourth and Vine Tower

2

One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Emails:  dkamp@wgmlpa.com
   bgoldwasser@wgmlpa.com
   jmccoy@wgmlpa.com

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Christopher C. Novak, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Emails:  john.blancett@sedgwicklaw.com
   christopher.losquadro@sedgwicklaw.com
   christopher.novak@sedgwicklaw.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2016, a copy of the foregoing motion was filed electronically. Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system:

>Mark J. Byrne
>Kenneth F. Seibel
>JACOBS, KLEINMAN, SEIBEL & MCNALLY
>30 Garfield Place
>Cincinnati, OH 45202
>Email:  mbyrne@jksmlaw.com
>        kseibel@jksmlaw.com
>
>Charles E. Turnbull
>Lawrence M. Scott
>Marc D. Kaszubski
>O'REILLY RANCILIO P.C.
>12900 Hall Road, Suite 350
>Sterling Heights, MI 48313
>Email:  cturnbull@orlaw.com
>        lscott@orlaw.com
>        mkaszubski@orlaw.com
>
>*Attorneys for Fifth Third Bancorp*
>
>Luke Busam
>Bryan S. Strawbridge, Esquire
>Julia Blackwell Gelinas, Esquire
>Frost Brown Todd LLC
>3300 Great American Tower
>301 E. Fourth Street
>Cincinnati, OH 45202
>Emails:  jgelinas@fbtlaw.com
>         bstrawbridge@fbtlaw.com
>         lbusam@fbtlaw.com
>
>*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company*
>
>David P. Kamp, Esquire
>Brian D. Goldwasser, Esquire
>Jean Geoppinger McCoy, Equire
>White, Getgey & Meyer Co. LPA

Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Emails:  dkamp@wgmlpa.com
        bgoldwasser@wgmlpa.com
        jmccoy@wgmlpa.com

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Christopher C. Novak, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Emails:  john.blancett@sedgwicklaw.com
        christopher.losquadro@sedgwicklaw.com
        christopher.novak@sedgwicklaw.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company*

/s/ Ji Suh
**Ji Suh**

*One of the Attorneys for RLI Insurance Company*