## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | Civil Action No. **1:14cv802** |
| | : | |
| Plaintiff | : | Judge: **Sandra S. Beckwith** |
| | : | Magistrate: **Stephanie K. Bowman** |
| vs. | : | |
| | : | |
| **FIFTH THIRD BANCORP** | : | |
| | : | |
| Defendant | : | |
| | : | |
| **FIFTH THIRD BANCORP, an Ohio Corporation, and FIFTH THIRD BANK, an Ohio Banking Corporation** | : | Civil Action No. **1:14cv869** |
| | : | |
| | : | Judge: **Sandra S. Beckwith** |
| Plaintiff | : | Magistrate: **Stephanie K. Bowman** |
| | : | |
| vs. | : | |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.** | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants | : | |

### AGREED MOTION TO EXTEND DEADLINE TO DISCLOSE EXPERTS AND PRODUCE INITIAL EXPERT REPORTS AS TO PLAINTIFFS RLI INSURANCE COMPANY AND FIFTH THIRD BANK

Fifth Third Bank and RLI Insurance Company move to extend the present deadline to disclose the identities of their experts and produce initial reports in the above captioned actions from September 2, 2016 to September 16, 2016, and in support of this motion hereby state as follows.

RESPECTFULLY SUBMITTED,

/S/  Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202
Phone:  (513) 381-6600
Fax:      (513) 381-4150
Email:    mbyrne@jksmlaw.com
              kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*

/S/  Charles E. Turnbull
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Fax:     (586) 726-1560
Email:  cturnbull@orlaw.com
            lscott@orlaw.com
            mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*

## MEMORANDUM

1.  Under the current case management schedules RLI Insurance Company and Fifth

2

Third Bank are required to disclose the identities of their experts and produce initial reports on September 2, 2016.

  2. Both Fifth Third Bank and RLI Insurance Company have been working on expert discovery. However, an additional two weeks is needed in order to complete the reports.

  3. Additionally, chief in-house counsel for Fifth Third Bank has been unavailable to review the work product of the expert and will not be available for at least another week.

  4. This request only affects RLI Insurance Company and Fifth Third Bank as the reports by the other parties are not due until October 27, 2016.

  5. There is no opposition to the motion.

  WHEREFORE, Fifth Third Bank and RLI Insurance Company respectfully request the Court move the deadline to disclose their experts and produce initial reports from September 2, 2016 to September 16, 2016.

  Dated: September 1, 2016.

       RESPECTFULLY SUBMITTED,


       /S/ Mark J. Byrne
       **MARK J. BYRNE (0029243)**
       **KENNETH F. SEIBEL (0025168)**
       JACOBS, KLEINMAN, SEIBEL & McNALLY
       Cincinnati Club Building
       30 Garfield Place
       Cincinnati, OH 45202
       Phone: (513) 381-6600
       Fax: (513) 381-4150
       Email: mbyrne@jksmlaw.com
         kseibel@jksmlaw.com
       *Trial Counsel for Defendant Fifth Third Bancorp*
       *and Plaintiff Fifth Third Bancorp and Fifth*
       *Third Bank*

/S/  Charles E. Turnbull
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Fax:     (586) 726-1560
Email: cturnbull@orlaw.com
           lscott@orlaw.com
           mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and Fifth*
*Third Bank*

### CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

*Attorneys for Plaintiff RLI Insurance Company:*

Robert W. Hojnoski, Esquire
Carrie M. Starts, Esquire
Nathan A. Lennon, Esquire
Reminger Co., LPA
525 Vine Street, Suite 1700
Cincinnati, OH  45202
Email: rhojnoski@reminger.com
           cstarts@reminger.com
           nlennon@reminger.com


Scott L. Schmookler, Esquire
Regina A. Ripley, Esquire
Ji-Yeon Suh, Esquire
Gordon & Rees, LLP
One North Franklin, Suite 8800
Chicago, IL  60606
Email: sschmookler@gordonrees.com
           rripley@gordonrees.com
           jsuh@gordonrees.com

4

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing*
*to Policy Numbers B0509QA048710 and B0509QA051310,*
*Axis Insurance Company and Federal Insurance Company:*

      David P. Kamp, Esquire
      Brian D. Goldwasser, Esquire
      Jean Geoppinger McCoy, Esquire
      White, Getgey & Meyer Co. LPA
      Fourth and Vine Tower
      One West Fourth Street, Suite 1700
      Cincinnati, OH 45202
      Email: dkamp@wgmlpa.com
             bgoldwasser@wgmlpa.com
             jmccoy@wgmlpa.com


      John W. Blancett, Esquire
      Christopher J. Losquadro, Esquire
      Christopher C. Novak, Esquire
      Sedgwick LLP
      Brookfield Place
      225 Liberty Street, 28th Floor
      New York, NY  10281-1008
      Email: John.blancett@sedgwicklaw.com
            Christopher.Losquadro@sedgwicklaw.com
            Christopher.Novak@sedgwicklaw.com


*Attorneys for Defendant Continental Insurance Company,*
*Fidelity and Deposit Insurance Company, St. Paul Mercury:*
*Insurance Company:*

      Luke J. Busam, Esquire
      Frost Brown Todd LLC
      3300 Great American Tower
      301 E. Fourth Street
      Cincinnati, OH  45202
      Email: lbusam@fbtlaw.com

Julia Blackwell Gelinas, Esquire
Bryan S. Strawbridge, Esquire
Frost Brown Todd, LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Email: jgelinas@fbtlaw.com
          bstrawbridge@fbtlaw.com

/S/  Mark J. Byrne

**MARK J. BYRNE (0029243)**
*Trial Counsel for Defendant Fifth Third Bancorp
and Plaintiff Fifth Third Bancorp and Fifth
Third Bank*

6