UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, | Case No. 1:14-cv-00802 |
| Plaintiff, | Beckwith, J.<br>Bowman, M.J. |
| v. | |
| FIFTH THIRD BANCORP, | |
| Defendant. | |

_____

| | |
|---|---|
| FIFTH THIRD BANCORP, et al., | Case No. 1:14-cv-00869 |
| Plaintiff, | Beckwith, J.<br>Bowman, M.J. |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 AND B0509QA051310, et al., | |
| Defendants. | |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Reset Calendar Order (doc. 68 in 1:14-cv-00802; doc. 75 in 1:14-cv-869). The parties represent that additional time is needed to conduct all necessary discovery in a way that will be efficient to both the parties and the Court.

Having reviewed this matter the Court finds the parties' motion well taken. Accordingly, the joint motion (doc. 68 in 1:14-cv-00802; doc. 75 in 1:14-cv-869) is

hereby GRANTED.  The Court's Calendar Order of March 12, 2015 (doc. 31 in 1:14-cv-00802; doc. 35 in 1:14-cv-869), and as amended on February 19, 2016, April 22, 2016, August 24, 2016 and September 2, 2016 is hereby VACATED.  The instant cases shall now proceed as follows:

>Private mediation before The Honorable Randall Newsome:  **October 18, 2016**
>
>Plaintiffs RLI Insurance and Fifth Third Bancorp to Produce
>Expert Reports:  **October 31, 2016**
>
>Deadline for filing responses to Fifth Third Bank's Objection
>to Magistrate Judge's Order (doc. 72 in 1:14-cv-00869):  **October 31, 2016**
>
>Deadline for Production of Expert Reports of Defendants
>Certain Underwriters at Lloyd's Subscribing to Policy
>Nos. B0509QA048710 and B0509QA051310, Axis Insurance
>Company, Federal Insurance Company, and Defendants
>Continental Insurance Company, Fidelity and Deposit Insurance
>Company, St. Paul/Mercury Insurance Company, Defendant
>Fifth Third and Counterclaim Defendant RLI Insurance
>Company:  **December 31, 2016**
>
>Deadline to Produce Rebuttal Expert Reports from all parties:  **January 31, 2017**
>
>Discovery Deadline:  **March 1, 2017**
>
>Dispositive Motion deadline:  **March 15, 2017**

The current final pretrial conference and trial dates are hereby VACATED, to be rescheduled on the docket of Judge Beckwith.

Additionally, upon the agreement of the parties, the July 27, 2016 order issued by the undersigned (doc. 70 in 1:14-cv-00869) which stays discovery relating to Fifth Third's bad faith allegation remains in effect until Judge Beckwith decides Fifth Third's pending objections.  Should the Court sustain the decision of the undersigned, the stay pertaining to Fifth Third's bad faith allegation shall remain in effect until March 15, 2017.

Fifth Third Bank does not waive any right it may have to seek further reconsideration regarding the stay and bifurcation of bad faith discovery.

**SO ORDERED.**

s/Stephanie K. Bowman
Stephanie K. Bowman
United States Magistrate Judge