# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

RLI Insurance Company,
    Plaintiff

v.                                       Case No. 1:14-cv-802

Fifth Third Bancorp,
    Defendant

---

Fifth Third Bancorp, et al.,
    Plaintiffs

v.                                       Case No. 1:14-c-869

Certain Underwriters at Lloyd's
Subscribing to Policy B0509QA048710,
B0509QA051310, 81906760, et al.,
    Defendants

# ORDER

      This matter is before the Court on Fifth Third Bancorp's and Fifth Third Bank's Motions for Admission of several attorneys (Docs. 71-73).

      **IT IS ORDERED** that the Motions are **GRANTED**, and attorneys Traci S. Rea, David M. Halbreich, and Douglas R. Widin, are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Fifth Third Bancorp.

      **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Emily Hiltz, 513.564.7512 or at emily_hiltz@ohsd.uscourts.gov, to register for Electronic Case Filing.**

Date: October 25, 2016         s/Sandra S. Beckwith
                               Sandra S. Beckwith, Senior Judge
                               United States District Court