# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | Civil Action No. **1:14cv802** |
| Plaintiff | : | |
| | : | Judge: **Sandra S. Beckwith** |
| vs. | : | Magistrate: **Stephanie K. Bowman** |
| | : | |
| **FIFTH THIRD BANCORP** | : | |
| Defendant | : | |
| | : | |
| **FIFTH THIRD BANCORP, an Ohio Corporation, and FIFTH THIRD BANK, an Ohio Banking Corporation** | : | Civil Action No. **1:14cv869** |
| | : | Judge: **Sandra S. Beckwith** |
| Plaintiff | : | Magistrate: **Stephanie K. Bowman** |
| vs. | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.** | : | |
| Defendants | : | |

## JOINT MOTION TO PARTIALLY MODIFY THE EXISTING CALENDAR ORDER RELATING TO THE PRODUCTION OF EXPERT REPORTS

Now come all parties by and through counsel and respectfully move this Honorable Court to partially modify the existing calendar order relating to the production of expert reports. A memorandum in support of said motion follows herein.

RESPECTFULLY SUBMITTED,


/S/  Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202
Phone:  (513) 381-6600
Fax:     (513) 381-4150
Email:   mbyrne@jksmlaw.com
            kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*


/s/   David Halbreich
**David Halbreich (pro hac vice)**
**Traci Rea (pro hac vice)**
**Douglas Widin (pro hac vice)**
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8033
Facsimile: +1 213 457 8080
*Counsel for Fifth Third Bank*

/S/  Charles E. Turnbull
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Fax:    (586) 726-1560
Email: cturnbull@orlaw.com
           lscott@orlaw.com
           mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*

**MEMORANDUM**

On September 22, 2016 this Court issued an order resetting the calendar for the above captioned cases. The Court ordered that expert reports be produced as follows:

- Plaintiffs RLI Insurance and Fifth Third Bancorp to Produce Expert Repots: October 31, 2016.

- Deadline for Production of Expert Reports of Defendants Certain Underwriters at Lloyd's Subscribing to Policy Nos. B0509QA048710 and B0509QA051310, Axis Insurance Company, Federal Insurance Company, and Defendants Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul/Mercury Insurance Company, Defendant Fifth Third and Counterclaim Defendant RLI Insurance Company: December 31, 2016.

- Deadline to Produce Rebuttal Expert Reports from all parties: January 31, 2017.

(Doc. 69, PAGEID #1004 in Case No. 1:14cv00802; and Doc. 76, PAGEID #1360).

On October 18, 2016 the parties participated in a mediation in New York City before the Honorable Randall Newsome. Although the case was not resolved at that time the parties have continue to explore settlement options. In order to facilitate that process, the parties request a partial modification of the existing scheduling order as it relates to the production of expert reports in the following manner:

- Plaintiffs RLI Insurance and Fifth Third Bancorp to produce Expert Reports by October 31, 2016, except for Expert Reports opining on the existence of a loss and if so, the quantum of that loss (hereinafter "Damage Expert Reports").

- Plaintiffs RLI Insurance and Fifth Third Bancorp to produce Damage Expert Reports by November 14, 2016.

- Deadline for Production of Expert Reports of Defendants Certain Underwriters at Lloyd's Subscribing to Policy Nos. B0509QA048710 and B0509QA051310, Axis Insurance Company, Federal Insurance Company, and Defendants Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul/Mercury Insurance Company, Defendant Fifth Third and Counterclaim Defendant RLI Insurance Company by December 31, 2016, except Damage Expert Reports.

- Deadline for Production of Expert Reports opining on the existence of a loss and if so, the quantum of that loss of Defendants Certain Underwriters at Lloyd's Subscribing to Policy Nos. B0509QA048710 and B0509QA051310, Axis Insurance Company, Federal Insurance Company, and Defendants Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul/Mercury Insurance Company, Defendant Fifth Third and Counterclaim Defendant RLI Insurance Company by January 16, 2017.

- Deadline to Produce Rebuttal Expert Reports, except for Rebuttal to Damage Expert Reports, from all parties by January 31, 2017.

- Deadline to Produce Rebuttal Expert Reports opining on the existence of a loss and if so, the quantum of that loss from all parties by February 14, 2017.

The parties represent that this partial modification will not have any effect on the current discovery or motion deadlines, nor the existing trial dates.

For the foregoing reasons, the parties request their motion be granted.

RESPECTFULLY SUBMITTED,

/S/  Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202
Phone:  (513) 381-6600
Fax:      (513) 381-4150
Email:   mbyrne@jksmlaw.com
            kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

/s/   David Halbreich
**David Halbreich (pro hac vice)**
**Traci Rea (pro hac vice)**
**Douglas Widin (pro hac vice)**
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8033
Facsimile: +1 213 457 8080
*Counsel for Fifth Third Bank*


/S/  Charles E. Turnbull
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Fax:     (586) 726-1560
Email:  cturnbull@orlaw.com
           lscott@orlaw.com
           mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*

/s/   Brian D. Goldwasser
David P. Kamp, Esquire
Brian D. Goldwasser, Esquire
Jean Geoppinger McCoy, Esquire
White, Getgey & Meyer Co. LPA
Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Email: dkamp@wgmlpa.com
bgoldwasser@wgmlpa.com
jmccoy@wgmlpa.com

5

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Christopher C. Novak, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY  10281-1008
Email:  John.blancett@sedgwicklaw.com
　　　　Christopher.Losquadro@sedgwicklaw.com
　　　　Christopher.Novak@sedgwicklaw.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company*


/s/    Scott L. Schmookler
Scott L. Schmookler, Esquire
Regina A. Ripley, Esquire
Ji-Yeon Suh, Esquire
Gordon & Rees, LLP
One North Franklin, Suite 8800
Chicago, IL  60606
Email:  sschmookler@gordonrees.com
　　　　rripley@gordonrees.com
　　　　jsuh@gordonrees.com


/s/   Robert W. Hojnoski
Robert W. Hojnoski, Esquire
Carrie M. Starts, Esquire
Nathan A. Lennon, Esquire
Reminger Co., LPA
525 Vine Street, Suite 1700
Cincinnati, OH  45202
Email:  rhojnoski@reminger.com
　　　　cstarts@reminger.com
　　　　nlennon@reminger.com

*Attorneys for Plaintiff RLI Insurance Company*

/s/  Luke J. Busam
Luke J. Busam, Esquire
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street

Cincinnati, OH  45202
Email: lbusam@fbtlaw.com


Julia Blackwell Gelinas, Esquire
Bryan S. Strawbridge, Esquire
Frost Brown Todd, LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Email: jgelinas@fbtlaw.com
          bstrawbridge@fbtlaw.com


*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury Insurance Company*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

*Attorneys for Plaintiff RLI Insurance Company:*

    Robert W. Hojnoski, Esquire
    Carrie M. Starts, Esquire
    Reminger Co., LPA
    525 Vine Street, Suite 1700
    Cincinnati, OH  45202
    Email: rhojnoski@reminger.com
           cstarts@reminger.com

    Scott L. Schmookler, Esquire
    Regina A. Ripley, Esquire
    Ji-Yeon Suh, Esquire
    Gordon & Rees, LLP
    One North Franklin, Suite 8800
    Chicago, IL  60606
    Email: sschmookler@gordonrees.com
           rripley@gordonrees.com
           jsuh@gordonrees.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing*
*to Policy Numbers B0509QA048710 and B0509QA051310,*
*Axis Insurance Company and Federal Insurance Company:*

    David P. Kamp, Esquire
    Brian D. Goldwasser, Esquire
    Jean Geoppinger McCoy, Esquire
    White, Getgey & Meyer Co. LPA
    Fourth and Vine Tower
    One West Fourth Street, Suite 1700
    Cincinnati, OH 45202
    Email: dkamp@wgmlpa.com
           bgoldwasser@wgmlpa.com
           jmccoy@wgmlpa.com

    John W. Blancett, Esquire
    Christopher J. Losquadro, Esquire
    Christopher C. Novak, Esquire
    Sedgwick LLP
    Brookfield Place
    225 Liberty Street, 28th Floor
    New York, NY  10281-1008
    Email: John.blancett@sedgwicklaw.com
          Christopher.Losquadro@sedgwicklaw.com
          Christopher.Novak@sedgwicklaw.com

*Attorneys for Defendant Continental Insurance Company,
Fidelity and Deposit Insurance Company, St. Paul Mercury:
Insurance Company:*

    Luke J. Busam, Esquire
    Frost Brown Todd LLC
    3300 Great American Tower
    301 E. Fourth Street
    Cincinnati, OH  45202
    Email: lbusam@fbtlaw.com

    Julia Blackwell Gelinas, Esquire
    Bryan S. Strawbridge, Esquire
    Frost Brown Todd, LLC
    201 N. Illinois Street, Suite 1900
    P.O. Box 44961
    Indianapolis, IN  46244-0961
    Email: jgelinas@fbtlaw.com
          bstrawbridge@fbtlaw.com

    /S/  Mark J. Byrne
    **MARK J. BYRNE (0029243)**
    *Trial Counsel for Defendant Fifth Third Bancorp
    and Plaintiff Fifth Third Bancorp and
    Third Bank*