UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

**RLI INSURANCE COMPANY**

        **Plaintiff,**          **Civil Action No. 1:14-cv-802-SSB-SKB**

Vs.          **Judge: Sandra S. Beckwith**
        **Magistrate Judge: Stephanie K. Bowman**

**FIFTH THIRD BANCORP**

        **Defendant.**

---

**FIFTH THIRD BANCORP, et al.,**

        **Plaintiffs,**          **Civil Action No. 1:14-cv-869-SSB-SKB**

Vs.          **Judge: Sandra S. Beckwith**
        **Magistrate Judge: Stephanie K. Bowman**

**CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.,**

        **Defendants.**

**RLI INSURANCE COMPANY'S NOTICE OF SERVICE OF EXPERT REPORT OF PATRICK F. GANNON**

RLI Insurance Company ("RLI") hereby notifies the Court that on November 14, 2016, it served the Expert Report of Patrick F. Gannon via electronic mail to all counsel of record as identified in the Certificate of Service herein.

DATED: November 15, 2016

        RESPECTFULLY SUBMITTED,

        /S/ Ji-Yeon Suh
        **Ji-Yeon Suh (Pro Hac Vice)**
        **Regina L. Ripley (Pro Hac Vice)**
        **Scott L. Schmookler (Pro Hac Vice)**

GORDON & REES LLP
One North Franklin, Suite 800
Chicago, IL 60606
Phone: (312) 565-1400
Emails: sschmookler@gordonrees.com
rripley@gordonrees.com
jsuh@gordonrees.com


**Robert W. Hojnoski (0070062)**
REMINGER CO. LPA
525 Vine Street, Suite 1700
Cincinnati, OH 45202
Phone: (513) 721-1311
Emails: rhojnoski@reminger.com


*Attorneys for RLI Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2016, I circulated a copy of the foregoing via the court's electronic filing system to the following:

>Mark J. Byrne
>Kenneth F. Seibel
>JACOBS, KLEINMAN, SEIBEL & MCNALLY
>30 Garfield Place
>Cincinnati, OH 45202
>Emails:  mbyrne@jksmlaw.com
>         kseibel@jksmlaw.com
>
>Charles E. Turnbull
>Lawrence M. Scott
>Marc D. Kaszubski
>O'Reilly Rancilio P.C.
>12900 Hall Road, Suite 350
>Sterling Heights, MI 48313
>Emails:  cturnbull@orlaw.com
>         lscott@orlaw.com
>         mkaszubski@orlaw.com
>
>Traci S. Rea
>Reed Smith LLP
>225 Fifth Avenue
>Pittsburgh, PA 15222
>Email: trea@reedsmith.com
>
>Douglas Richard Widin
>Reed Smith LLP
>1717 Arch Street, Suite 3100
>Philadelphia, PA 19103
>Email: dwidin@reedsmith.com
>
>David M. Halbreich
>Reed Smith LLP
>355 South Grand Avenue, Suite 2900
>Los Angeles, CA 90071
>Email: dhalbreich@reedsmith.com
>
>*Attorneys for Fifth Third Bancorp*

Luke Busam
Bryan S. Strawbridge, Esquire
Julia Blackwell Gelinas, Esquire
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202
Emails:  jgelinas@fbtlaw.com
             bstrawbridge@fbtlaw.com
             lbusam@fbtlaw.com

*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company*

David P. Kamp, Esquire
Brian D. Goldwasser, Esquire
Jean Geoppinger McCoy, Equire
White, Getgey & Meyer Co. LPA
Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Emails:  dkamp@wgmlpa.com
              bgoldwasser@wgmlpa.com
              jmccoy@wgmlpa.com

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Christopher C. Novak, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Emails: John.Blancett@sedgwicklaw.com
             Christopher.Losquadro@sedgwicklaw.com
             Christopher.Novak@sedgwicklaw.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company*

/S/ Ji-Yeon Suh

**JI-YEON SUH (Pro Hac Vice)**
*Attorney for RLI Insurance Company*