# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, | Civil Action No. 1:14cv802 |
| Plaintiffs, | |
| v. | |
| FIFTH THIRD BANCORP, | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING FIFTH THIRD BANCORP'S MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM

Upon consideration of Defendant/Counter-Plaintiff Fifth Third Bancorp's ("Fifth Third") Motion for Leave to File its First Amended Counterclaim, the Court having considered the Motion, as well as the briefs and exhibits filed in support of the Motion:

IT IS HEREBY ORDERED this ___ day of _____, 2016 that: (i) Fifth Third's Motion is GRANTED and; (ii) Fifth Third is given leave to file its First Amended Counterclaim.

_____
United States District Judge