IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | Civil Action No. 1:14cv802 |
| | : | |
| Plaintiff, | : | Judge: Michael R. Barrett |
| | : | Magistrate: Stephanie K. Bowman |
| Vs. | : | |
| | : | |
| **FIFTH THIRD BANCORP** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| **FIFTH THIRD BANCORP, et al.,** | : | Case No. 1:14-cv-00869 |
| | : | |
| Plaintiff, | : | Judge: Michael R. Barrett |
| | : | Magistrate: Stephanie K. Bowman |
| Vs. | : | |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, ET AL.,** | : : : : | |
| | : | |
| Defendants. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIFTH THIRD BANCORP'S MOTION FOR LEAVE TO AMEND**

RLI Insurance Company respectfully moves to extend the deadline to respond to Fifth Third Bancorp's motion for leave to amend and in support thereof, state as follows:

1. On December 14, 2016, Fifth Third Bancorp filed a motion for leave to amend ("Motion") its Counterclaim against RLI. (Case No. 1:14cv802, Dkt. 81).

2. RLI's response to the Motion is due on January 4, 2017.

3. RLI has been duly working on its response to the Motion, but needs an additional week, to January 11, 2017, to complete and file its response due to the intervening holidays and completion of expert discovery.

4. This is RLI's first request for an extension as to this filing.

1

5. Fifth Third does not oppose this motion.

WHEREFORE, RLI Insurance Company respectfully request the Court to move the deadline to respond to Fifth Third Bancorp's Motion for Leave to Amend from January 4, 2017 to January 11, 2017 and for any other relief the Court deems necessary and appropriate.

Dated: January 4, 2017

                                                   RESPECTFULLY SUBMITTED,

/s/ Scott Schmookler
**Scott L. Schmookler (Pro Hac Vice)**
**Regina A. Ripley (Pro Hac Vice)**
**Ji-Yeon Suh (Pro Hac Vice)**
GORDON & REES LLP
One North Franklin, Suite 800
Chicago, IL 60606
Phone: (312) 565-1400
Emails: sschmookler@gordonrees.com
        rripley@gordonrees.com
        jsuh@gordonrees.com

*Attorneys for RLI Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2017, a copy of the foregoing motion was filed electronically. Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system:

Mark J. Byrne
Kenneth F. Seibel
JACOBS, KLEINMAN, SEIBEL & MCNALLY
30 Garfield Place
Cincinnati, OH 45202
Email:  mbyrne@jksmlaw.com
           kseibel@jksmlaw.com

Charles E. Turnbull
Lawrence M. Scott
Marc D. Kaszubski
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
Email:  cturnbull@orlaw.com
           lscott@orlaw.com
           mkaszubski@orlaw.com

Traci S. Rea
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Email: trea@reedsmith.com

Douglas Richard Widin
Reed Smith LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Email: dwidin@reedsmith.com

David M. Halbreich
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Email: dhalbreich@reedsmith.com

*Attorneys for Fifth Third Bancorp*

Luke Busam
Bryan S. Strawbridge, Esquire
Julia Blackwell Gelinas, Esquire

Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202
Emails:  jgelinas@fbtlaw.com
 bstrawbridge@fbtlaw.com
 lbusam@fbtlaw.com

*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company*

David P. Kamp, Esquire
Brian D. Goldwasser, Esquire
Jean Geoppinger McCoy, Equire
White, Getgey & Meyer Co. LPA
Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Emails:  dkamp@wgmlpa.com
  bgoldwasser@wgmlpa.com
  jmccoy@wgmlpa.com

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Christopher C. Novak, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Emails:  john.blancett@sedgwicklaw.com
 christopher.losquadro@sedgwicklaw.com
 christopher.novak@sedgwicklaw.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company*

5

/s/ *Scott L. Schmookler*
**Scott L. Schmookler**

*RLI Insurance Company*

1075627/31013722v.1

5