UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RLI Insurance Company,

      Plaintiff,

          v.                                Case. No. 1:14cv802

Fifth Third Bancorp,                       Judge Michael R. Barrett

      Defendant.

## ORDER

      This matter is hereby transferred from the docket of the Honorable Michael R.

Barrett to the Office of the Clerk for reassignment.   This matter is reassigned to the

Honorable Timothy S. Black.

      **IT IS SO ORDERED.**

                                    _____*S/Michael R. Barrett*_____
                                    Michael R. Barrett
                                    United States District Judge