# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **RLI INSURANCE COMPANY** | Civil Action No. **1:14cv802** |
| Plaintiff | Judge: **Timothy Black** |
| vs. | Magistrate: **Stephanie K. Bowman** |
| **FIFTH THIRD BANCORP** | |
| Defendant | |
| **FIFTH THIRD BANCORP**, an Ohio Corporation, and **FIFTH THIRD BANK**, an Ohio Banking Corporation | Civil Action No. **1:14cv869** |
| Plaintiff | Judge: **Timothy Black** |
| vs. | Magistrate: **Stephanie K. Bowman** |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.** | |
| Defendants | |

**FIFTH THIRD BANCORP AND FIFTH THIRD BANK'S MOTION TO FILE THEIR REPLY BRIEF TO THEIR MOTION FOR LEAVE TO FILE AN AMENDED COUNTERCLAIM AND AMENDED COMPLAINT UNDER SEAL**

Now come Fifth Third Bancorp and Fifth Third Bank ("Fifth Third") and moves this Court to grant them leave to file their reply brief in support of their motion for leave to file an amended counterclaim and amended complaint under seal in the above captioned cases. A memorandum in support of this motion follows.

RESPECTFULLY SUBMITTED,

/S/  Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY, LPA
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202
Phone:  (513) 381-6600
Fax:     (513) 381-4150
Email:   mbyrne@jksmlaw.com
            kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*

/s/   David Halbreich
**David Halbreich (pro hac vice)**
**Traci Rea (pro hac vice)**
**Douglas Widin (pro hac vice)**
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8033
Facsimile: +1 213 457 8080
*Counsel for Fifth Third Bank*

/S/  Charles E. Turnbull
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Fax:    (586) 726-1560
Email: cturnbull@orlaw.com
           lscott@orlaw.com
           mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*

## MEMORANDUM

On December 14, 2016 Fifth Third filed a motion requesting leave to file an amended counterclaim in Case No. 1:14-cv-802 (Doc. 81) and an amended complaint in Case No. 1:14-cv-869) (Doc. 85).  On January 11, 2017 RLI moved for leave to file its response under seal in Case No. 1:14-cv-802 (Doc. 88).  Similarly, the Defendants in Case No. 1:14-cv-869 filed their response under seal on January 11, 2017 (Doc. 93).[1]  Fifth Third respectfully requests leave to file its reply in support of its motion to amend its complaint and counterclaim under seal.  These reply memoranda are due on February 2, 2017.

Local Rule 5.2.1 permits a party to file documents under seal upon obtaining leave of Court.  The reply memoranda to be filed by Fifth Third requires that Fifth Third address arguments that have been filed under seal by the parties and have been previously designated as confidential by the parties.

Accordingly, Fifth Third requests the Court to grant its request to file documents under seal.

RESPECTFULLY SUBMITTED,

/S/  Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY, LPA
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202
Phone:  (513) 381-6600
Fax:     (513) 381-4150
Email:   mbyrne@jksmlaw.com
            kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*

---

[1] Continental filed a memorandum adopting the arguments of the other parties on January 11, 2017 (Doc. 94).

/s/   David Halbreich
**David Halbreich (pro hac vice)**
**Traci Rea (pro hac vice)**
**Douglas Widin (pro hac vice)**
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8033
Facsimile: +1 213 457 8080
*Counsel for Fifth Third Bank*

/S/  Charles E. Turnbull
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Fax:    (586) 726-1560
Email: cturnbull@orlaw.com
        lscott@orlaw.com
        mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

*Attorneys for Plaintiff RLI Insurance Company:*

Robert W. Hojnoski, Esquire
Carrie M. Starts, Esquire
Reminger Co., LPA
525 Vine Street, Suite 1700
Cincinnati, OH  45202
Email: rhojnoski@reminger.com
           cstarts@reminger.com

Scott L. Schmookler, Esquire
Regina A. Ripley, Esquire
Ji-Yeon Suh, Esquire
Gordon & Rees, LLP
One North Franklin, Suite 8800
Chicago, IL  60606
Email: sschmookler@gordonrees.com
           rripley@gordonrees.com
           jsuh@gordonrees.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company:*

David P. Kamp, Esquire
Brian D. Goldwasser, Esquire
Jean Geoppinger McCoy, Esquire
White, Getgey & Meyer Co. LPA
Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Email: dkamp@wgmlpa.com
           bgoldwasser@wgmlpa.com
           jmccoy@wgmlpa.com

>John W. Blancett, Esquire
>Christopher J. Losquadro, Esquire
>Christopher C. Novak, Esquire
>Sedgwick LLP
>Brookfield Place
>225 Liberty Street, 28th Floor
>New York, NY  10281-1008
>Email: John.blancett@sedgwicklaw.com
>           Christopher.Losquadro@sedgwicklaw.com
>           Christopher.Novak@sedgwicklaw.com

*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company:*

>Luke J. Busam, Esquire
>Frost Brown Todd LLC
>3300 Great American Tower
>301 E. Fourth Street
>Cincinnati, OH  45202
>Email: lbusam@fbtlaw.com

>Julia Blackwell Gelinas, Esquire
>Bryan S. Strawbridge, Esquire
>Frost Brown Todd, LLC
>201 N. Illinois Street, Suite 1900
>P.O. Box 44961
>Indianapolis, IN  46244-0961
>Email: jgelinas@fbtlaw.com
>           bstrawbridge@fbtlaw.com

>/S/  Mark J. Byrne
>**MARK J. BYRNE (0029243)**
>*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

6