# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | Civil Action No.  **1:14cv802** |
| | : | |
| Plaintiff | : | Judge:  **Timothy Black** |
| | : | Magistrate:  **Stephanie K. Bowman** |
| vs. | : | |
| | : | |
| **FIFTH THIRD BANCORP** | : | |
| | : | |
| Defendant | : | |
| | : | |

| | | |
|---|---|---|
| **FIFTH THIRD BANCORP, an Ohio Corporation, and FIFTH THIRD BANK, an Ohio Banking Corporation** | : | Civil Action No.  **1:14cv869** |
| | : | |
| | : | |
| | : | |
| Plaintiff | : | Judge:  **Timothy Black** |
| | : | Magistrate:  **Stephanie K. Bowman** |
| vs. | : | |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.** | : | |
| | : | |
| | : | |
| | : | |
| Defendants | : | |

## <u>NOTICE OF FILING PLEADING UNDER SEAL</u>

Please take notice that Fifth Third is filing a pleading under seal and has attempted to do so this evening, but the Clerk has rejected the filing.  We will file the document under seal after contacting the Clerk in the morning.

RESPECTFULLY SUBMITTED,


/S/ Mark J. Byrne
Mark J. Byrne (0029243)
Kenneth F. Seibel  (0025168)
JACOBS, KLEINMAN, SEIBEL &
MCNALLY
30 Garfield Place
Cincinnati, OH 45202
Email:  mbyrne@jksmlaw.com
          kseibel@jksmlaw.com

David Halbreich (Pro Hac Vice)
Traci Rea (Pro Hac Vice)
Douglas Widin (Pro Hac Vice)
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8033
Facsimile: +1 213 457 8080

Email:  dhalbreich@reedsmith.com
          dwidin@reedsmith.com
          trea@reedsmith.com

Charles E. Turnbull (Pro Hac Vice)
Marc D. Kaszubski (Pro Hac Vice)
Lawrence M. Scott (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Emails: cturnbull@orlaw.com
          mkaszubski@orlaw.com
          lscott@orlaw.com


*Attorneys for Fifth Third Bancorp*

2

**CERTIFICATE OF SERVICE**

I hereby certify and affirm that a true and correct copy of the foregoing Notice was served via ECF upon counsel of record this 2nd day of February, 2017.


/s/  Mark J. Byrne_____