

FILED
RICHARD W. [ ]
CLERK OF [ ]

2017 FEB 10 PM 1: 16

[ ] DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| RLI INSURANCE COMPANY, | Civil Action No. 1:14cv802 |
| Plaintiff, | |
| | Judge Timothy S. Black |
| v. | Magistrate Judge Stephanie K. Bowman |
| FIFTH THIRD BANCORP, | |
| Defendant. | |
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation, | Civil Action No. 1:14-cv-869 |
| Plaintiffs, | Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710, B0509QA051310, and 81906760, et al., | |
| Defendants. | |

## <u>ORDER</u>

Upon joint motion of the parties to reset certain deadlines contained in the Calendar Order in the above actions (doc. 103), it is hereby ORDERED that the below deadlines are amended as follows:

Last day to serve written discovery demands: April 14, 2017

Last day for parties to file discovery motions: May 15, 2017

Discovery Deadline: May 15, 2017

Dispositive Motions: June 3, 2017

Trial(s) (to be set on the docket of Judge Black):     October 23, 2017

The stay pertaining to Fifth Third's bad faith allegation shall remain in effect until no earlier than June 3, 2017.

2/10/17
Date

_Stephanie K. Bowman_
Stephanie K. Bowman
United States Magistrate Judge