# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | Civil Action No.  **1:14cv802** |
| | : | |
| Plaintiff | : | Judge:  **Timothy Black** |
| | : | Magistrate:  **Stephanie K. Bowman** |
| vs. | : | |
| | : | |
| **FIFTH THIRD BANCORP** | : | |
| | : | |
| Defendant | : | |
| | : | |
| **FIFTH THIRD BANCORP, an Ohio Corporation, and FIFTH THIRD BANK, an Ohio Banking Corporation** | : | Civil Action No.  **1:14cv869** |
| | : | |
| | : | Judge:  **Timothy Black** |
| Plaintiff | : | Magistrate:  **Stephanie K. Bowman** |
| | : | |
| vs. | : | |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.** | : | |
| | : | |
| | : | |
| | : | |
| Defendants | : | |

---

## UNOPPOSED MOTION FOR LEAVE TO FILE FIFTH THIRD BANCORP AND FIFTH THIRD BANK'S MEMORANDUM IN OPPOSITION TO RLI'S MOTION TO STRIKE FIFTH THIRD BANCORP'S EXPERT DISCLOSURE UNDER SEAL

---

Now come Fifth Third Bancorp and Fifth Third Bank ("Fifth Third") and hereby requests

leave to file its memorandum in opposition to RLI's Motion to Strike Fifth Third Bancorp's

Expert Disclosure under seal.

RESPECTFULLY SUBMITTED,


/S/  Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY, LPA
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202
Phone:  (513) 381-6600
Fax:      (513) 381-4150
Email:   mbyrne@jksmlaw.com
              kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*


/s/   David Halbreich
**David Halbreich (pro hac vice)**
**Traci Rea (pro hac vice)**
**Douglas Widin (pro hac vice)**
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8033
Facsimile: +1 213 457 8080
*Counsel for Fifth Third Bank*


/S/  Charles E. Turnbull
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Fax:    (586) 726-1560
Email: cturnbull@orlaw.com
          lscott@orlaw.com
          mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*


2

## **MEMORANDUM**

On March 9, 2017 RLI filed a motion to strike Fifth Third's expert Brian Kelly.  In

accordance with the Protective Order in this case, the motion was filed under seal.  Fifth Third's

response is due on March 20, 2017.  Fifth Third Bank respectfully requests leave to file its

response under seal as it will contain information that has been deemed confidential in this case.

RLI does not oppose this motion.

RESPECTFULLY SUBMITTED,

/S/  Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY, LPA
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202
Phone:  (513) 381-6600
Fax:      (513) 381-4150
Email:   mbyrne@jksmlaw.com
             kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*


/s/   David Halbreich
**David Halbreich (pro hac vice)**
**Traci Rea (pro hac vice)**
**Douglas Widin (pro hac vice)**
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8033
Facsimile: +1 213 457 8080
*Counsel for Fifth Third Bank*

3

/S/  Charles E. Turnbull
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Fax:    (586) 726-1560
Email: cturnbull@orlaw.com
           lscott@orlaw.com
           mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

*Attorneys for Plaintiff RLI Insurance Company:*

Scott L. Schmookler, Esquire
Regina A. Ripley, Esquire
Ji-Yeon Suh, Esquire
Gordon & Rees, LLP
One North Franklin, Suite 8800
Chicago, IL  60606
Email: sschmookler@gordonrees.com
        rripley@gordonrees.com
        jsuh@gordonrees.com

Robert W. Hojnoski, Esquire
Carrie M. Starts, Esquire
Reminger Co., LPA
525 Vine Street, Suite 1700
Cincinnati, OH  45202
Email: rhojnoski@reminger.com
        cstarts@reminger.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing*
*to Policy Numbers B0509QA048710 and B0509QA051310,*
*Axis Insurance Company and Federal Insurance Company:*

David P. Kamp, Esquire
Brian D. Goldwasser, Esquire
Jean Geoppinger McCoy, Esquire
White, Getgey & Meyer Co. LPA
Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Email: dkamp@wgmlpa.com
        bgoldwasser@wgmlpa.com
        jmccoy@wgmlpa.com

5

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Christopher C. Novak, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY  10281-1008
Email: John.blancett@sedgwicklaw.com
        Christopher.Losquadro@sedgwicklaw.com
        Christopher.Novak@sedgwicklaw.com


*Attorneys for Defendant Continental Insurance Company,*
*Fidelity and Deposit Insurance Company, St. Paul Mercury:*
*Insurance Company:*

Luke J. Busam, Esquire
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH  45202
Email: lbusam@fbtlaw.com

Julia Blackwell Gelinas, Esquire
Bryan S. Strawbridge, Esquire
Frost Brown Todd, LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Email: jgelinas@fbtlaw.com
        bstrawbridge@fbtlaw.com


/S/  Mark J. Byrne
**MARK J. BYRNE (0029243)**
*Trial Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*