# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

RLI INSURANCE COMPANY,

                      Plaintiff,

      vs.

FIFTH THIRD BANCORP,

                 Defendant.

Case No.  1:14-cv-00802

Judge Timothy Black
Magistrate Judge Stephanie K. Bowman

---

FIFTH THIRD BANCORP et. al.,

                 Plaintiffs,

      vs.

CERTAIN UNDERWRITERS AT LLOYD'S
SUBSCRIBING TO POLICY NUMBERS
B0509QA04810, B0509QA051310, 81906760,
*et al.,*

                 Defendants

Case No.  1:14-cv-869

Judge Timothy Black
Magistrate Judge Stephanie K. Bowman

## FIFTH THIRD'S MOTION, IN THE ALTERNATIVE, TO STRIKE THE EXPERT REPORT OF NANCY TERRILL

      Fifth Third Bancorp and Fifth Third Bank (collectively "Fifth Third") move this Honorable

Court, in the alternative, to strike the expert report of Ms. Nancy Terrill served by RLI Insurance

Company ("RLI") in the event that the Court grants RLI's Motion to Strike Fifth Third Bancorp's

Expert Disclosure (Doc. 101).  In support thereof, Fifth Third states as follows:

1.      On October 31, 2016, RLI and the Upper Excess Carriers submitted the expert report of Ms. Nancy Terrill.

2.      To rebut the opinions set forth in Ms. Terrill's report, Fifth Third submitted the expert report of Mr. Kelley, which specifically rebutted Ms. Terrill's report on an opinion-by-opinion basis, on the deadline for rebuttal reports from all parties – January 31, 2017.  *See generally* Fifth Third's Mem. In Opp'n To RLI's Mot. to Strike.

3.      RLI filed a Motion to Strike Mr. Kelley's rebuttal report on March 10, 2017 on the grounds that it was untimely and that it constitutes an improper expert opinion.  For the reasons set forth in Fifth Third's Memorandum in Opposition to RLI's Motion to Strike, which is filed herewith and incorporated herein by reference, RLI's Motion to Strike should be denied.

4.      Should the Court disagree and strike Mr. Kelley's report as improper expert opinion, the report of Ms. Terrill should similarly be stricken.

5.      In support of this Motion, Fifth Third relies upon "Fifth Third's Memorandum of Law in Opposition to RLI's Motion to Strike Fifth Third Bancorp's Expert Disclosures."

For the foregoing reasons, and for the reasons more fully set forth in Fifth Third's Memorandum of Law in Opposition to RLI's Motion to Strike, which is filed herewith and incorporated herein by reference, Fifth Third respectfully requests that, in the event this Court strikes Mr. Kelley's rebuttal report as improper expert testimony, the Court strike the expert opinion of Ms. Terrill.

RESPECTFULLY SUBMITTED,


/S/ Mark J. Byrne
Mark J. Byrne
Kenneth F. Seibel
JACOBS, KLEINMAN, SEIBEL & MCNALLY
30 Garfield Place
Cincinnati, OH 45202
Email:  mbyrne@jksmlaw.com
        kseibel@jksmlaw.com


David Halbreich (Pro Hac Vice)
Traci Rea (Pro Hac Vice)
Douglas Widin (Pro Hac Vice)
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8033
Facsimile: +1 213 457 8080

Email: dhalbreich@reedsmith.com
       trea@reedsmith.com
       dwidin@reedsmith.com


Charles E. Turnbull (Pro Hac Vice)
Marc D. Kaszubski (Pro Hac Vice)
Lawrence M. Scott (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Emails: cturnbull@orlaw.com
        mkaszubski@orlaw.com
        lscott@orlaw.com


*Attorneys for Fifth Third*

**CERTIFICATE OF SERVICE**

I hereby certify and affirm that a true and correct copy of the attached **FIFTH THIRD'S**

**MOTION, IN THE ALTERNATIVE, TO STRIKE THE EXPERT REPORT OF NANCY**

**TERRILL** was served via ECF upon counsel of record this 20th day of March, 2017.


/s/  Mark J. Byrne_____