# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

RLI Insurance Company,
      Plaintiff                            Case No. 1:14-CV-00802

      vs.                                 Barrett, J.; Bowman, M.J.

Fifth Third Bancorp,
      Defendants

---

Fifth Third Bancorp, et al.,
      Plaintiff                            Case No. 1:14-CV-00869

      vs.                                 Barrett, J.; Bowman, M.J.

Certain Underwriters at Lloyd's
Subscribing to Policy Numbers
B0509QA048710, B0509QA051310,
and 81906760, et al.,
      Defendants

## NOTICE

Please take notice that the above captioned case has been set for a **telephone conference** before the Honorable Stephanie K. Bowman as follows:

### March 29, 2017 at 10:00 PM

| | |
|---|---|
| **Telephone conference number:** | **1-888-363-4749** |
| **Access code:** | **8651321** |
| **Participant security code:** | **2010** |

Counsel may submit to the Court a brief summary of the discovery issue (no more than 2 pages) and email it to bowman_chambers@ohsd.uscourts.gov and copy opposing counsel **no later than noon on March 28, 2017**.  This discovery conference is being scheduled in lieu of filing a motion to compel per the Court's preferences.  Be prepared to argue the issue and for the possibility of an order to follow.  Only if the Court desires additional information will a motion to compel and subsequent briefing be permitted.

                                           s/Kevin Moser
                                           Courtroom Deputy