# IN UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | Civil Action No. 1:14cv802 |
| | : | |
| **Plaintiff,** | : | Judge:  Timothy S. Black |
| | : | Magistrate:  Stephanie K. Bowman |
| Vs. | : | |
| | : | |
| **FIFTH THIRD BANCORP** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| **FIFTH THIRD BANCORP, et al.,** | : | Case No. 1:14-cv-00869 |
| | : | |
| **Plaintiff,** | : | Judge:  Timothy S. Black |
| | : | Magistrate:  Stephanie K. Bowman |
| Vs. | : | |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, ET AL.,** | : : : : | |
| | : | |
| **Defendants.** | : | |

**UNOPPOSED MOTION FOR LEAVE TO FILE RLI'S REPLY IN SUPPORT OF MOTION TO STRIKE BRIAN KELLEY'S EXPERT DISCLOSURE UNDER SEAL**

RLI Insurance Company respectfully moves to for leave to file its reply in support of its motion to strike Fifth Third Bancorp's expert disclosure under seal and in support thereof, states as follows:

1. On January 31, 2017, Fifth Third served an expert disclosure by Brian Kelley.

2. RLI moved strike this disclosure and bar Fifth Third Bancorp from relying upon Mr. Kelley's opinions or calling him to testify because (1) it failed to timely disclose his opinions pursuant to the Scheduling Order, providing them after agreed deadlines and at the close of expert discovery -- thereby precluding RLI from offering a responsive expert and/or

1

supplementing its prior disclosures to address the Mr. Kelley's novel opinions; and (2) Mr. Kelley seeks to offer inadmissible opinions and testimony.

3. RLI's intended reply brief includes quotations from Kelley's opinion – which Fifth Third claims as confidential by Fifth Third pursuant to the Stipulated Protective Order.

4. Pursuant to the Stipulated Protective Order, any party wishing to file any document marked "confidential" must file the document under seal, and must redact references to confidential information from any court filings. (Dkt. 39, Para. 10).

5. RLI proposes to file a redacted copy of its reply (removing the specific references to confidential information), along with any non-confidential exhibits. It requests leave to simultaneously file a full, unredacted copy of its response (along with the specific documents marked confidential) under seal.

6. Fifth Third did not oppose the court granting RLI leave to file its motion under seal and does not oppose this motion..

WHEREFORE, RLI Insurance Company respectfully request the Court to grant RLI leave to file its reply in support motion to Motion To Strike Fifth Third Bancorp's Expert Disclosure under seal and for any other relief the court deems necessary and appropriate.

Dated: March 25, 2017

                          RESPECTFULLY SUBMITTED,

                          /s/ Scott Schmookler
                          **Scott L. Schmookler (Pro Hac Vice)**
                          GORDON & REES LLP
                          One North Franklin, Suite 800
                          Chicago, IL 60606
                          Phone: (312) 565-1400
                          Emails: sschmookler@gordonrees.com
                          *Attorneys for RLI Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2017, a copy of the foregoing motion was filed electronically. Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system:

      Mark J. Byrne
      Kenneth F. Seibel
      JACOBS, KLEINMAN, SEIBEL & MCNALLY
      30 Garfield Place
      Cincinnati, OH 45202
      Email: mbyrne@jksmlaw.com
             kseibel@jksmlaw.com

      Charles E. Turnbull
      Lawrence M. Scott
      Marc D. Kaszubski
      O'REILLY RANCILIO P.C.
      12900 Hall Road, Suite 350
      Sterling Heights, MI 48313
      Email: cturnbull@orlaw.com
             lscott@orlaw.com
             mkaszubski@orlaw.com

      Traci S. Rea
      Reed Smith LLP
      225 Fifth Avenue
      Pittsburgh, PA 15222
      Email: trea@reedsmith.com

      Douglas Richard Widin
      Reed Smith LLP
      1717 Arch Street, Suite 3100
      Philadelphia, PA 19103
      Email: dwidin@reedsmith.com

      David M. Halbreich
      Reed Smith LLP
      355 South Grand Avenue, Suite 2900
      Los Angeles, CA 90071
      Email: dhalbreich@reedsmith.com

      *Attorneys for Fifth Third Bancorp*

      Luke Busam
      Bryan S. Strawbridge, Esquire
      Julia Blackwell Gelinas, Esquire

Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202
Emails:  jgelinas@fbtlaw.com
bstrawbridge@fbtlaw.com
lbusam@fbtlaw.com

*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company*

David P. Kamp, Esquire
Brian D. Goldwasser, Esquire
Jean Geoppinger McCoy, Equire
White, Getgey & Meyer Co. LPA
Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Emails:  dkamp@wgmlpa.com
bgoldwasser@wgmlpa.com
jmccoy@wgmlpa.com

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Christopher C. Novak, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Emails:  john.blancett@sedgwicklaw.com
christopher.losquadro@sedgwicklaw.com
christopher.novak@sedgwicklaw.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company*

/s/ *Scott L. Schmookler*
**Scott L. Schmookler**

*RLI Insurance Company*

1075627/31950388v.1

4