UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RLI INSURANCE COMPANY,

        Plaintiff,

vs.

FIFTH THIRD BANCORP,

        Defendant.

Case No. 1:14-cv-00802

Judge Timothy Black
Magistrate Judge Stephanie K. Bowman

---

FIFTH THIRD BANCORP et. al.,

        Plaintiffs,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA04810, B0509QA051310, 81906760, *et al.,*

        Defendants

Case No. 1:14-cv-869

Judge Timothy Black
Magistrate Judge Stephanie K. Bowman

**STIPULATED ORDER REGARDING PRODUCTION OF DOCUMENTS LISTED ON FIFTH THIRD'S PRIVILEGE LOG**

Upon stipulation of the parties to these consolidated actions, it is hereby ORDERED as follows:

1. Fifth Third Bancorp and Fifth Third Bank (collectively "Fifth Third") shall produce those portions of any documents contained on its privilege log that: (1) pre-date February 8, 2011; and (2) contain facts concerning: (i) the actual or alleged activities of Matthew Ross; (ii) any actual or alleged fraud or misconduct relating to the LIPF II Program, or

(iii) an actual or potential claim in which it is alleged that Fifth Third is liable to a third party in connection with Matthew Ross, the LIPF II Program, Concord Capital Management, LLC (f/k/a Inscap Management LLC), or the Clean-Up Loans.

2. To the fullest extent permitted by law and its inherent powers, including but not limited to its authority pursuant to Federal Rule of Evidence 502(d), the Court hereby orders that the production of documents pursuant to or in furtherance of this Order, or testimony in these consolidated civil actions concerning these documents, shall not constitute a waiver of the attorney-client privilege, work product doctrine or any other applicable privilege in this or any other federal or state proceeding.

3. Any documents or testimony produced pursuant to or in furtherance of this Order shall be held strictly confidential and shall be subject to the terms and conditions relating to the treatment of Confidential Information pursuant to the Stipulated Protective Order Regarding the Production and Exchange of Confidential and Privileged Documents and Information entered in these actions.

4. Fifth Third reserves the right, and this Order shall not be considered a waiver of the right, to dispute the relevance of any information or testimony produced pursuant to this Order and/or to move to exclude or limit such documents or testimony during trial of these consolidated matters.

5. Certain Underwriters at Lloyd's subscribing to Policy Numbers B0509QA048710 and B0509QA051310, AXIS Insurance Company, and Federal Insurance Company, Continental Insurance Company, Fidelity and Deposit Insurance Company of Maryland, St. Paul Mercury Insurance Company, and RLI Insurance Company reserve their rights, and this Order shall not be

considered a waiver of their rights, to challenge Fifth Third's assertion of the attorney-client privilege, work product doctrine or any other applicable privilege to the documents or testimony produced pursuant to this Order, and similarly reserve their rights to move to compel the production of additional documents or testimony from Fifth Third, including, but not limited to, documents listed on Fifth Third's privilege log.

AGREED TO BY:

/s/   Mark J. Byrne
Mark J. Byrne
Kenneth F. Seibel
JACOBS, KLEINMAN, SEIBEL & MCNALLY
30 Garfield Place
Cincinnati, OH 45202
Email:  mbyrne@jksmlaw.com
            kseibel@jksmlaw.com

David Halbreich (Pro Hac Vice)
Traci Rea (Pro Hac Vice)
Douglas Widin (Pro Hac Vice)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Email:  dhalbreich@reedsmith.com
            trea@reedsmith.com
            dwidin@reedsmith.com

Charles E. Turnbull (Pro Hac Vice)
Marc D. Kaszubski (Pro Hac Vice)
Lawrence M. Scott (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Emails: cturnbull@orlaw.com
             mkaszubski@orlaw.com
             lscott@orlaw.com

*Attorneys for Fifth Third Bancorp and Fifth Third Bank*

/s/   Brian D. Goldwasser (per email authorization)
David P. Kamp
Brian D. Goldwasser
Jean Geoppinger McCoy
White, Getgey & Meyer Co., L.P.A.
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Email: dkamp@wgmlpa.com
            bgoldwasser@wgmlpa.com
            jmccoy@wgmlpa.com

John W. Blancett
Christopher J. Losquadro
Christopher C. Novak
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY 10281
Email: john.blancett@sedgwicklaw.com
            christopher.losquadro@sedgwicklaw.com
            christopher.novak@sedgwicklaw.com

*Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710, B0509QA051310, and 81906760 and AXIS Insurance Company*

- 4 -

| | |
|---|---|
| /s/  Scott L. Schmookler (per email authorization) | /s/   Julia Blackwell Gelinas (per email authorization) |
| Robert W Hojnoski | Luke J. Busam |
| Carrie Masters Starts | Frost Brown Todd |
| Nathan A. Lennon | 301 East Fourth Street |
| Reminger Co., L.P.A. | Great American Tower, Suite 3300 |
| 525 Vine Street , Suite 1700 | Cincinnati, OH 45202 |
| Cincinnati, OH 45202 | Email: lbusam@fbtlaw.com |
| Email: rhojnoski@reminger.com | |
|         cstarts@reminger.com | Julia Blackwell Gelinas |
|         nlennon@reminger.com | Bryan S Strawbridge |
| | Frost Brown Todd |
| | 201 N. Illinois Street, Suite 1900 |
| Scott L. Schmookler | Indianapolis, IN 46204 |
| Regina A. Ripley | Email: jgelinas@fbtlaw.com |
| Ji-Yeon Suh |           bstrawbridge@fbtlaw.com |
| Gordon Rees Scully Mansukhani, LLP | |
| One North Franklin, Ste. 800 | |
| Chicago, IL 60606 | |
| Email:  sschmookler@gordonrees.com | |
|          rripley@gordonrees.com | *Attorneys for Continental Insurance Company; Fidelity and Deposit Insurance Company; St. Paul Mercury Insurance Company* |
|          jsuh@gordonrees.com | |

*Attorneys for RLI Insurance Company*


ORDERED BY:

                                        s/Stephanie K. Bowman
                                        Stephanie K. Bowman
                                        United States Magistrate Judge

Date:  March 31, 2017