UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RLI Insurance Company,
    Plaintiff                                       Case No. 1:14-CV-00802

vs.                                               Barrett, J.; Bowman, M.J.

Fifth Third Bancorp,
    Defendants

---

Fifth Third Bancorp, et al.,
    Plaintiff                                       Case No. 1:14-CV-00869

vs.                                               Barrett, J.; Bowman, M.J.

Certain Underwriters at Lloyd's
Subscribing to Policy Numbers
B0509QA048710, B0509QA051310,
and 81906760, et al.,
    Defendants

**NOTICE**

    Please take notice that the above captioned case has been set for a **telephone conference** before the Honorable Stephanie K. Bowman as follows:

**May 10, 2017 at 10:00 PM**

| | |
|---|---|
| **Telephone conference number:** | 1-888-363-4749 |
| **Access code:** | 8651321 |
| **Participant security code:** | 2010 |

    Counsel may submit to the Court a brief summary of the discovery issue (no more than 2 pages) and email it to bowman_chambers@ohsd.uscourts.gov and copy opposing counsel **no later than 12:00 PM on May 9, 2017**.

                                                                     s/Kevin Moser
                                                                     Courtroom Deputy